JEFFREY F. KELLER (CA SBN 148005)
jfkeller@kellergrover.com
DENISE L. DÍAZ (CA SBN 159516)
ddíaz@kellergrover.com
CAREY G. BEEN (CA SBN 240996)
cbeen@kellergrover.com
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: 415.543.1305
Facsimile: 415.543.7861

Attorneys for Plaintiff
GEORGE T. BURKE

JAMES R. McGUIRE (CA SBN 189275)
JMcGuire@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SYLVIA RIVERA (CA SBN 223203)
SRivera@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE T. BURKE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. BANCORP, U.S. BANK N.A., and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 09 1579 JSW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT IN LIGHT OF ANTICIPATED FILING OF SECOND AMENDED COMPLAINT** |

Pursuant to Local Rule 6-1(a) and Federal Rule of Civil Procedure 12(a), Plaintiff George T. Burke ("Plaintiff") and Defendants U.S. Bancorp and U.S. Bank National Association ("Defendants"), by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his complaint in this matter on February 6, 2009;

WHEREAS, Plaintiff filed the First Amended Complaint in this matter on March 10, 2009;

WHEREAS, Defendants removed this case from California State Superior Court on April 10, 2009;

WHEREAS, the parties have since engaged in mutual discussion and an informal exchange of information regarding the conduct at issue in this litigation;

WHEREAS, as a result of such discussions Plaintiff and Defendants agreed that Plaintiff's First Amended Complaint may not accurately allege certain facts and Defendants' policies and procedures;

WHEREAS, Plaintiff decided that under the circumstances, amendment of the First Amended Complaint would be appropriate;

WHEREAS, in the process of preparing a second amended complaint, Plaintiff discovered that another putative class action, commenced after this action, existed in the Central District of California regarding substantially the same subject matter as the instant litigation, specifically the case of *Lowe, et al. v. U.S. Bank, N.A.*, case no. SACV 09-0456 AG (the "*Lowe* Action");

WHEREAS, counsel for Plaintiff and counsel for the plaintiffs in the *Lowe* Action have now prepared a draft consolidated Second Amended Complaint, which they propose to file in this Court, the court before which the first-filed action is pending, in an effort to avoid duplicative litigation and conserve judicial resources;

WHEREAS, on June 30, 2009 (yesterday), counsel for Plaintiff provided to counsel for Defendants (i) a copy of the proposed, consolidated Second Amended Complaint and (ii) a proposed stipulation consenting to the filing of the Second Amended Complaint;

1  WHEREAS, counsel for Defendants have not had an adequate opportunity to fully
2  review the proposed Second Amended Complaint with the relevant personnel from Defendants,
3  but expect to complete that process soon;

4  WHEREAS, the parties remain hopeful that at the conclusion of that process, they will
5  reach a stipulation regarding the filing of a second amended complaint, thus obviating the need
6  for any motion practice concerning the filing of a second amended complaint; and

7  WHEREAS, in light of the foregoing, the parties agree that Defendants' deadline to
8  respond to the First Amended Complaint, which is currently July 1, 2009, should be extended an
9  additional two weeks to allow the parties to reach a stipulation regarding the filing of a second
10 amended complaint;

11 IT IS HEREBY STIPULATED AND AGREED pursuant to Local Rule 6-1(a), and
12 Federal Rule of Civil Procedure 12(a), by and between Plaintiff George Burke and Defendants
13 U.S. Bancorp and U.S. Bank National Association, through their respective attorneys, that the
14 time by which Defendants may plead or otherwise respond to the First Amended Complaint shall
15 be extended to and include **Wednesday, July 15, 2009**.

| | | |
|---|---|---|
| 1 | Dated: July 1, 2009 | JEFFREY F. KELLER |
| 2 | | CAREY G. BEEN |
| | | **KELLER GROVER LLP** |

By: /s/ Carey G. Been
    Carey G. Been

Attorneys for Plaintiff
GEORGE T. BURKE

Dated: July 1, 2009        JAMES R. MCGUIRE
                                    SYLVIA RIVERA
                                    **MORRISON & FOERSTER LLP**

By: /s/ James R. McGuire
    James R. McGuire

Attorneys for Defendants
U.S. BANCORP and U.S. BANK
NATIONAL ASSOCIATION

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

                                                          /s/ James R. McGuire
                                                          James R. McGuire

Attorneys for Defendants
U.S. BANCORP and U.S. BANK
NATIONAL ASSOCIATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 2, 2009         By: /s/ Jeffrey S. White
                                                Judge Jeffrey S. White
                                                United States District Court Judge