JEFFREY F. KELLER (CA SBN 148005)
jfkeller@kellergrover.com
KATHLEEN R. SCANLAN (CA SBN 197529)
kscanlan@kellergrover.com
CAREY G. BEEN (CA SBN 240996)
cbeen@kellergrover.com
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: 415.543.1305
Facsimile: 415.543.7861

Attorneys for Plaintiff
GEORGE T. BURKE

JAMES R. McGUIRE (CA SBN 189275)
JMcGuire@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SYLVIA RIVERA (CA SBN 223203)
SRivera@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE T. BURKE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. BANCORP, U.S. BANK N.A., and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 09-CV-1579 JSW<br><br>CLASS ACTION<br><br>**STIPULATION TO AMEND COMPLAINT AND [PROPOSED] ORDER** |

STIPULATION TO AMEND
COMPLAINT

Case No. 09-CV-1579 JSW

Plaintiff George Burke ("Plaintiff") and defendants U.S. Bancorp and U.S. Bank National Association ("Defendants"), through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his complaint in this matter on February 6, 2009;

WHEREAS, Plaintiff filed the First Amended Complaint in this matter on March 10, 2009;

WHEREAS, Defendants removed this case from California State Superior Court on April 10, 2009;

WHEREAS, the parties have since engaged in mutual discussion and an informal exchange of information regarding the conduct at issue in this litigation;

WHEREAS, as a result of such discussions Plaintiff and Defendants agreed that Plaintiff's First Amended Complaint may not accurately allege certain facts and Defendants' policies and procedures;

WHEREAS, Plaintiff decided that under the circumstances, amendment of the First Amended Complaint would be appropriate;

WHEREAS, in the process of preparing a second amended complaint, Plaintiff discovered that another putative class action, commenced after this action, existed in the Central District of California regarding substantially the same subject matter as the instant litigation, specifically the case of *Lowe, et al. v. U.S. Bank, N.A.*, case number SACV 09-0456 AG (the "*Lowe* Action");

WHEREAS, counsel for Plaintiff and counsel for the plaintiffs in the *Lowe* Action agreed to prepare a combined, amended complaint before this Court, the court before which the first-filed action is pending, in an effort to avoid duplicative litigation and conserve judicial resources;

WHEREAS, Defendants have consented to Plaintiff filing the Second Amended Complaint, which, among other things, combines Plaintiff's complaint with the complaint of the plaintiffs in the *Lowe* Action: Robert Lowe, Lori Aldana, Shane Parkins, and Kara Parkins; and

| STIPULATION TO AMEND COMPLAINT | 1 | Case No. 09-CV-1579 JSW |
|---|---|---|

WHEREAS, on June 15, 2009, the *Lowe* Action was voluntarily dismissed without prejudice to the plaintiffs' right to re-file, in anticipation of the filing of the Second Amended Complaint before this Court;

NOW THEREFORE, the parties hereby agree and stipulate to the filing of the Second Amended Complaint attached hereto as Exhibit 1 and the addition of Robert Lowe, Lori Aldana and Shane and Kara Parkins as plaintiffs to the instant litigation. The parties further stipulate that should the Court issue an order approving the filing of the Second Amended Complaint, then Defendants should have fifteen (15) days from the date of such order to respond to the Second Amended Complaint.

Dated: July 13, 2009

JEFFREY F. KELLER
KATHLEEN R. SCANLAN
CAREY G. BEEN
KELLER GROVER LLP

By: _____/s/ Kathleen R. Scanlan_____
       Kathleen R. Scanlan

Attorneys for Plaintiff
GEORGE T. BURKE

Dated: July 13, 2009

JAMES R. MCGUIRE
SYLVIA RIVERA
MORRISON & FOERSTER LLP

By: _____/s/Sylvia Rivera_____
       Sylvia Rivera

Attorneys for Defendants
U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 14, 2009__

By: _____/s/ Jeffrey S. White_____
Judge Jeffrey S. White
United States District Court Judge

STIPULATION TO AMEND COMPLAINT | 2 | Case No. 09-CV-1579 JSW