1  JAMES R. McGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  SYLVIA RIVERA (CA SBN 223203)
   SRivera@mofo.com
6  MORRISON & FOERSTER LLP
   555 West Fifth Street
7  Los Angeles, CA 90013-1024
   Telephone:    213.892.5200
8  Facsimile:    213.892.5454

9  Attorneys for Defendants
   U.S. BANCORP and
10 U.S. BANK NATIONAL ASSOCIATION,
   sued as "U.S. BANK, N.A."

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE T. BURKE, ROBERT LOWE and LORI ALDANA, husband and wife; SHANE PARKINS and KARA PARKINS, husband and wife, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANCORP, U.S. BANK, N.A., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 09 1579 JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING RESOLUTION OF MDL TRANSFER ISSUE**<br><br>Hon. Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
PENDING RESOLUTION OF MDL TRANSFER ISSUE - CASE NO. CV 09 1579 JSW
la-1038512

1

1    Plaintiffs George T. Burke, Robert Lowe, Lori Aldana, Shane Parkins, and Kara Parkins
2    ("Plaintiffs") and Defendants U.S. Bancorp and U.S. Bank National Association, sued as "U.S.
3    Bank, N.A." ("Defendants"), by and through their respective attorneys, hereby stipulate and agree
4    as follows:
5    WHEREAS, this Action involving the imposition of checking account overdraft fees was
6    commenced on February 6, 2009, in California State Superior Court;
7    WHEREAS, Defendants removed this Action from California State Superior Court on
8    April 10, 2009;
9    WHEREAS, Plaintiffs filed their Second Amended Complaint in this Action on July 14,
10   2009;
11   WHEREAS, on July 17, 2009, Defendants filed an Administrative Motion to Consider
12   Whether Cases Should be Related, pursuant to Civil Local Rule 3-12, with respect to this Action
13   and another checking account overdraft fee action pending against Defendants in this District,
14   *Willyum Waters, et al. v. U.S. Bancorp, et al.*, Case No. CV 09 2071 EMC ("*Waters*");
15   WHEREAS, on July 28, 2009, this Court issued a Related Case Order reassigning *Waters*
16   to this Court (*see* Dkt. No. 25);
17   WHEREAS, on June 10, 2009, the Judicial Panel for Multidistrict Litigation (the "Panel")
18   issued a Transfer Order in *In re Checking Account Overdraft Litigation* (MDL No. 2036) (*see*
19   Exhibit A);
20   WHEREAS, the Panel's June 10, 2009 Transfer Order transferred to the Southern District
21   of Florida three other class actions involving the imposition of checking account overdraft fees
22   for consolidated or coordinated pretrial proceedings with two actions already pending in that
23   District;
24   WHEREAS, since June 10, 2009, the Panel has transferred additional class actions
25   involving the imposition of checking account overdraft fees to the Southern District of Florida as
26   "tag-along" actions to *In re Checking Account Overdraft Litigation* (MDL No. 2036);
27
28

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
PENDING RESOLUTION OF MDL TRANSFER ISSUE - CASE NO. CV 09 1579 JSW                                2
la-1038512

| | |
|---|---|
| 1 | WHEREAS, on or about July 16, 2009, the plaintiffs in *Waters* filed a notice with the |
| 2 | Panel identifying *Waters* and this Action as potential "tag-along" actions to *In re Checking* |
| 3 | *Account Overdraft Litigation* (MDL No. 2036) (*see* Exhibit B); |
| 4 | WHEREAS, on July 23, 2009, the Panel issued a Conditional Transfer Order |
| 5 | conditionally transferring this Action, *Waters*, and a third, unrelated action to the Southern |
| 6 | District of Florida as potential "tag-along" actions to *In re Checking Account Overdraft Litigation* |
| 7 | (MDL No. 2036) (*see* Exhibit C); |
| 8 | WHEREAS, any notices of opposition to the Panel's July 23, 2009 Conditional Transfer |
| 9 | Order are due by August 7, 2009; |
| 10 | WHEREAS, the parties to this Action wish to avoid the unnecessary consumption of their |
| 11 | own and the Court's resources and time while awaiting a decision by the Panel on whether this |
| 12 | Action should be transferred to the Southern District of Florida for consolidated or coordinated |
| 13 | pretrial proceedings as a "tag-along" action to *In Re Checking Account Overdraft Litigation* |
| 14 | (MDL No. 2036); |
| 15 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among |
| 16 | Plaintiffs and Defendants, by and through their respective attorneys of record, as follows: |
| 17 | 1. This Action shall be stayed pending a decision by the Panel on whether this Action |
| 18 | should be treated as a "tag-along" action to *In Re Checking Account Overdraft Litigation* (MDL |
| 19 | No. 2036) and transferred to the Southern District of Florida. |
| 20 | 2. The foregoing stay shall include the stay of Defendants' obligation to respond to |
| 21 | Plaintiffs' Second Amended Complaint and the parties' obligations related to the Initial Case |
| 22 | Management Conference currently scheduled for September 4, 2009. |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
PENDING RESOLUTION OF MDL TRANSFER ISSUE - CASE NO. CV 09 1579 JSW
la-1038512

3

| | | |
|---|---|---|
| 1 | 3. | If the Panel issues an order declining to transfer this Action, then: |
| 2 | (a) | Defendants shall file a Notice of Status of MDL Proceedings with this Court within ten (10) days after the date on which they receive notice of the Panel's order; and |
| 5 | (b) | Defendants shall answer or otherwise respond to the Second Amended Complaint within twenty (20) days after the date on which they receive notice of the Panel's order. |

Dated: July 29, 2009        MORRISON & FOERSTER LLP

By:   /s/ Sylvia Rivera
        Sylvia Rivera

        Attorneys for Defendants
        U.S. BANCORP and
        U.S. BANK NATIONAL
        ASSOCIATION, sued as "U.S.
        BANK, N.A."

Dated: July 29, 2009        KELLER GROVER LLP

By:   /s/ Carey G. Been
        Carey G. Been

        Attorneys for Plaintiffs
        GEORGE T. BURKE, ROBERT LOWE,
        LORI ALDANA, SHANE PARKINS, and
        KARA PARKINS

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 30, 2009        By: /s/ Jeffrey S. White
                                            Hon. Jeffrey S. White
                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
PENDING RESOLUTION OF MDL TRANSFER ISSUE - CASE NO. CV 09 1579 JSW
la-1038512

4